**Humane Society of Springfield and Sangamon County, Plaintiff-Appellee, v. City of Springfield, a Municipal Corporation, Defendant-Appellant.**

Gen. No. 10,159.

Third District.
May 21, 1958.
Rehearing denied June 23, 1958.
Released for publication June 23, 1958.

Samuel C. Patton, for appellant; James T. Londrigan, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.